IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEMUEL WRIGHT,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LINCOLN PROPERTY COMPANY,** | : | **No. 15-3483** |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 27th day of January, 2017, upon consideration of the Plaintiff's Motion for Partial Summary Judgment (Docket No. 15), Defendant's Motion For Summary Judgment (Docket No. 17), responses thereto, and oral argument, it is hereby ORDERED that:

1. Plaintiff's Motion for Partial Summary Judgment (Docket No. 15) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Docket No. 17) is **GRANTED in part and DENIED in part** as outlined in the accompanying memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge